UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENCO IMPORTING INC. d/b/a MANITOBA'S,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEW YORK, EMILY LLOYD, in her capacity as Commissioner of the New York City Department of Environmental Protection and as Chairman of the New York City Environmental Control Board, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,<br><br>Defendants. | JUDGE KAPLAN<br><br>Civil Action No. 07 CV 3560<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br>  RECEIVED MAY 03 2007 U.S.D.C. S.D.N.Y. CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1, Genco Importing Inc. d/b/a Manitoba's files this Disclosure Statement. Genco Importing Inc. d/b/a Manitoba's is not owned by a parent corporation. No publicly-traded corporation owns 10% or more of Genco Importing Inc. d/b/a Manitoba's' stock.

Dated: New York, New York
       May 3, 2007

_____
David Zensky
Jason W. Sunshine
Ryan N. Marks (Bar Admission Pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENCO IMPORTING INC. d/b/a MANITOBA'S,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEW YORK, EMILY LLOYD, in her capacity as Commissioner of the New York City Department of Environmental Protection and as Chairman of the New York City Environmental Control Board, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,<br><br>Defendants. | JUDGE KAPLAN<br><br>07 CV 3560<br><br>Civil Action No.<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br> |

Pursuant to Federal Rule of Civil Procedure 7.1, Genco Importing Inc. d/b/a Manitoba's files this Disclosure Statement. Genco Importing Inc. d/b/a Manitoba's is not owned by a parent corporation. No publicly-traded corporation owns 10% or more of Genco Importing Inc. d/b/a Manitoba's' stock.

Dated: New York, New York
       May 3, 2007

David Zensky
Jason W. Sunshine
Ryan N. Marks (Bar Admission Pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Counsel for Plaintiff*