UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENCO IMPORTING INC. d/b/a MANITOBA'S,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEW YORK, EMILY LLOYD, in her capacity as Commissioner of the New York City Department of Environmental Protection and as Chairman of the New York City Environmental Control Board, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,<br><br>Defendants. | Civil Action No. 07-3560 (LAK) (AJP)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 3.1 of this Court, please take notice of the following attorney information change for **Jason William Sunshine**, Bar Number JS0562. Mr. Sunshine's previous contact information was USDC, EDNY, 225 Cadman Plaza East, Brooklyn, NY 11201, telephone (718) 260-2450, and fax (718)-260-2457. Mr. Sunshine's current contact information is:

>Akin Gump Strauss Hauer & Feld LLP
>590 Madison Avenue
>New York, NY 10022
>Telephone: 212-872-7469
>Fax: 212-872-1002
>jsunshine@akingump.com

Dated: May 18, 2007
      New York, New York

_____
Jason W. Sunshine
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Tel: 212-872-7469
Fax: 212-872-1002