UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

GENCO IMPORTING INC., d/b/a MANITOBA'S,

                                        Plaintiff,

    - against -                                                   07 CV 3560 (LAK)

CITY OF NEW YORK, EMILY LLOYD, in her                             ECF Case
capacity as Commissioner of the New York City
Department of Environmental Protection and as
Chairman of the New York City Environmental
Control Board, NEW YORK CITY DEPARTMENT
OF ENVIRONMENTAL PROTECTION, NEW
YORK CITY ENVIRONMENTAL CONTROL
BOARD,

                                        Defendants.

-------------------------------------------------------------------X

**TO THE CLERK OF THE COURT:**

> **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel

Michelle Goldberg-Cahn, appears as counsel for the defendants, City of New York, Emily Lloyd

(in her capacity as Commissioner of the New York City Department of Environmental Protection

and as Chair of the New York City Environmental Control Board), New York City Department

of Environmental Protection, New York City Environmental Control Board, and requests to

receive notice of all docket events via the Electronic Case Filing system.

> I certify that I am admitted to practice before this Court.

Dated: New York, New York
       May 21, 2007

                              MICHAEL A. CARDOZO
                              Corporation Counsel of
                                 the City of New York
                              Attorney for Defendants
                              100 Church Street, Rm.5-158
                              New York, New York  10007
                              Email: migoldbe@law.nyc.gov

Tel: (212) 788-0758
Fax: (212) 791-9714

By: _____
Michelle Goldberg-Cahn (MG-4490)
Assistant Corporation Counsel

TO:   Jason Sunshine, Esq.
      Akin Gump Strauss Hauer & Feld, LLP
      Attorney for Plaintiff

- 2 -