UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GENCO IMPORTING INC., d/b/a MANITOBA'S,

                          Plaintiff,

- against -

CITY OF NEW YORK, EMILY LLOYD, in her
capacity as Commissioner of the New York City
Department of Environmental Protection and as
Chairman of the New York City Environmental
Control Board, NEW YORK CITY DEPARTMENT
OF ENVIRONMENTAL PROTECTION, NEW
YORK CITY ENVIRONMENTAL CONTROL
BOARD,

                          Defendants.

----------------------------------------------------------------x

**STIPULATION**

07 CV 3560 (LAK)

(ECF Case)

       **IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties in the above-captioned proceeding that the time within which defendants may serve their answer or otherwise respond to the complaint is extended to June 22, 2007.

Dated:     New York, New York
             May 21, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
Attorneys for Plaintiff
590 Madison Avenue
New York, New York 10022
(212) 872-1000
Fax: (212) 872-1002

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 5-158
New York, New York 10007
(212) 788-0758
Fax: (212) 791-9714

By: _____   By: _____
    Jason W. Sunshine, Esq.          Michelle Goldberg-Cahn
                                     Assistant Corporation Counsel

SO-ORDERED:

_____
Hon. Lewis A. Kaplan, United States District Judge

- 2 -