```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GENCO iIMPORTING INC., etc.,

                        Plaintiff,

          -against-                              07 Civ. 3560 (LAK)

THE CITY OF NEW YORK, et al.,

                        Defendants.
------------------------------------x
```

### ORDER

LEWIS A. KAPLAN, *District Judge.*

    Defendants' motion for an extension of time to answer or move until June 22, 2007 is granted.

    Counsel are directed not to file letters electronically.

    SO ORDERED.

Dated:    May 22, 2007

                                                        Lewis A. Kaplan
                                              United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/07
```