UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GENCO IMPORTING INC., d/b/a MANITOBA'S,

                                        Plaintiff,

    - against -

CITY OF NEW YORK, EMILY LLOYD, in her capacity as Commissioner of the New York City Department of Environmental Protection and as Chairman of the New York City Environmental Control Board, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

                                        Defendants.

------------------------------------------------------------------x

**NOTICE OF MOTION TO DISMISS**

07 CV 3560 (LAK)

(ECF Case)

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Michelle Goldberg-Cahn, dated June 21, 2007 and Defendants' Memorandum of Law in Support of their Motion to Dismiss, dated June 21, 2007, and upon the complaint and all prior proceedings herein, the undersigned will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York New York, as soon as counsel can be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint together with such other and further relief as the Court deems just, fair and equitable.

**PLEASE TAKE FURTHER NOTICE**, that in accordance with S.D.N.Y. Civil Rule 6.1(b), opposition papers must be served on the undersigned within ten (10) days after service of this motion. Failure to do so will result in this motion being granted as unopposed.

Dated:     New York, New York
           June 21, 2007

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                                  City of New York
                              Attorney for Defendants
                              100 Church Street, Room 5-158
                              New York, New York, 10007
                              (212) 788-0758

By:  _____
      Michelle Goldberg-Cahn (MG 4490)
      Assistant Corporation Counsel

To:

AKIN GUMP STRAUSS HAUER & FELD LLP
Attorneys for Plaintiff
Jason W. Sunshine, Esq.
590 Madison Avenue
New York, New York 10022
(212) 872-1000