KAPLAN, J.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GENCO IMPORTING INC. d/b/a MANITOBA'S,

    Plaintiff,

vs.

CITY OF NEW YORK, EMILY LLOYD, in her capacity as Commissioner of the New York City Department of Environmental Protection and as Chairman of the New York City Environmental Control Board, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

    Defendants.

**STIPULATION**

Civil Action No. 07-3560 (LAK)



RECEIVED JUL 02 2007 JUDGE KAPLAN'S CHAMBERS

    **IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties in the above-captioned proceeding that the time within which the plaintiff may respond to the defendants' motion to dismiss shall be extended to July 13, 2007. It is further agreed that the time within which the defendants may reply to the plaintiff's response to the defendants' motion to dismiss shall be extended to July 25, 2007.

Dated: June 28, 2007

_____
Lewis A. Kaplan
United States District Judge

7/2/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07

CONSENTED TO:

AKIN GUMP STRAUSS HAUER
& FELD LLP

By: _____
Jason W. Sunshine, Esq.
590 Madison Avenue
New York, New York 10022

NEW YORK CITY LAW DEPARTMENT

By: _____
Michelle Goldberg-Cahn, Esq.
100 Church Street
New York, New York 10007