UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

GENCO IMPORTING INC. d/b/a MANITOBA'S,

                                    Plaintiff,

            - against -                                        **NOTICE OF**
                                                               **APPEARANCE**
CITY OF NEW YORK, EMILY LLOYD, in her capacity
as Commissioner of the New York City Department of             07-CV-3560 (LAK)
Environmental Protection and as Chairman of the New
York City Environmental Control Board, NEW YORK
CITY DEPARTMENT OF ENVIRONMENTAL
PROTECTION, NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD,

                                    Defendants.

------------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

            **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel

Ave Maria Brennan, appears as counsel for the Defendants the City of New York, Emily Lloyd,

in her capacity as Commissioner of the New York City Department of Environmental Protection

and as Chair of the New York City Environmental Control Board, New York City Department of

Environmental Protection and the New York City Environmental Control Board and requests to

receive notice of all docket events via the Electronic Case Filing system.  I certify that I am

admitted to practice before this Court.

Dated:      New York, New York
             July 3, 2007

                                   MICHAEL A. CARDOZO
                                   Corporation Counsel of
                                   the City of New York
                                   Attorney for Defendants
                                   100 Church St., Rm.5-162
                                   New York, New York  10007
                                   Email: abrennan@law.nyc.gov
                                   Tel: (212) 788-0782
                                   Fax: (212) 791-9714

                                  By:    *Ave Maria Brennan*
                                         Ave Maria Brennan (AB-7488)
                                         Assistant Corporation Counsel


TO:     AKIN GUMP STRAUSS HAUER & FELD LLP    (via ECF)
          Attorneys for Plaintiff
          Jason W. Sunshine, Esq.
          590 Madison Avenue
          New York, New York 10022
          (212) 872-1000