KAPLAN 15.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GENCO IMPORTING INC. d/b/a MANITOBA'S,

Plaintiff,

vs.

CITY OF NEW YORK, EMILY LLOYD, in her
capacity as Commissioner of the New York City
Department of Environmental Protection and as
Chairman of the New York City Environmental
Control Board, NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

Defendants.

JUL 13 2007
JUDGE KAPLAN'S CHAMBERS

**STIPULATION**

Civil Action No. 07-3560 (LAK)

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties in the above-captioned proceeding that the time within which the plaintiff may respond to the defendants' motion to dismiss shall be extended to July 23, 2007. It is further agreed that the time within which the defendants may reply to the plaintiff's response to the defendants' motion to dismiss shall be extended to August 30, 2007.

Dated: July 12, 2007

_____
Lewis A. Kaplan
United States District Judge

7/17/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07

CONSENTED TO:

AKIN GUMP STRAUSS HAUER
& FELD LLP

By: _____
Jason W. Sunshine, Esq.
590 Madison Avenue
New York, New York 10022

NEW YORK CITY LAW DEPARTMENT

By: _____
Ave Maria Brennan, Esq.
100 Church Street
New York, New York 10007