David M. Zensky (DZ 5913)
Jason W. Sunshine (JS 0562)
Ryan N. Marks (Bar Admission Pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York, 10022
(212) 872-1000 (telephone)
(212) 872-1002 (facsimile)

*Pro Bono Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

GENCO IMPORTING INC.  d/b/a MANITOBA'S
and RICHARD MANITOBA

        Plaintiff,

        vs.

CITY OF NEW YORK, EMILY LLOYD, in her
capacity as Commissioner of the New York City
Department of Environmental Protection and as
Chairman of the New York City Environmental
Control Board, NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

        Defendants.

Civil Action No. 07 - 3560 (LAK)

**SERVED VIA FIRST CLASS MAIL**

---

## CORRECTED CERTIFICATE OF SERVICE

        I, Jason W. Sunshine, hereby certify that I caused to be served via first class mail

Plaintiffs' Amended Complaint For Declaratory And Injunctive Relief on this 24th day of July,

2007 upon the following:

Ave Maria Brennan, Esq.
NEW YORK CITY LAW DEPARTMENT
100 Church Street
New York, NY 10007

*Counsel for Defendants*

Dated: July 24, 2007
     New York, New York

Jason W. Sunshine