UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GENCO IMPORTING INC. d/b/a MANITOBA'S
and RICHARD MANITOBA,

                          Plaintiffs,

  - against -

CITY OF NEW YORK, EMILY LLOYD, in her
capacity as Commissioner of the New York City
Department of Environmental Protection and as
Chairman of the New York City Environmental
Control Board, NEW YORK CITY DEPARTMENT
OF ENVIRONMENTAL PROTECTION, NEW
YORK CITY ENVIRONMENTAL CONTROL
BOARD,

                          Defendants.

------------------------------------------------------------------x

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/27/07]

**STIPULATION**

07 Civ 3560 (LAK)

(ECF Case)

      **IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties in the above-captioned action that the time within which defendants may serve their answer or otherwise respond to the amended complaint is extended to August 31, 2007.

      **IT IS FURTHER STIPULATED AND AGREED** that a facsimile copy of a

signature is deemed an original for purposes of this stipulation.

Dated:    New York, New York
          July 25, 2007

| AKIN GUMP STRAUSS HAUER & FELD LLP | MICHAEL A. CARDOZO |
|---|---|
| Attorneys for Plaintiff | Corporation Counsel of the City of New York |
| 590 Madison Avenue | Attorney for Defendants |
| New York, New York 10022 | 100 Church Street, Room 5-162 |
| (212) 872-1000 | New York, New York 10007 |
| Fax: (212) 872-1002 | (212) 788-0782 |
| | Fax: (212) 791-9714 |

By: _____    By: _____
    Jason W. Sunshine, Esq.            Ave Maria Brennan
                                       Assistant Corporation Counsel

SO-ORDERED:

_____    JUL 2 7 2007
Hon. Lewis A. Kaplan, United States District Judge

**HON. GEORGE B. DANIELS**