UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GENCO IMPORTING, INC.,

        Plaintiff,

-against-                                    07 Civ. 3560 (LAK)

THE CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In view of the filing of the amended complaint, the motion to dismiss the original complaint [docket item 9] is denied as moot.

        SO ORDERED.

Dated:    September 6, 2007

                                          Lewis A. Kaplan
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
FILED: 9/6/07