UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GENCO IMPORTING INC. d/b/a MANITOBA'S
and RICHARD MANITOBA

                Plaintiff,

vs.

CITY OF NEW YORK, EMILY LLOYD, in her capacity as Commissioner of the New York City Department of Environmental Protection and as Chairman of the New York City Environmental Control Board, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,

                Defendants.

**STIPULATION**

Civil Action No. 07-3560 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties in the above-captioned proceeding that the time within which the plaintiffs may respond to the defendants' motion to dismiss the Amended Complaint shall be extended to September 24, 2007. It is further agreed that the time within which the defendants may reply to the plaintiffs' response to the defendants' motion to dismiss the Amended Complaint shall be extended to October 4, 2007.

Dated: September 11, 2007

_____
Lewis A. Kaplan
United States District Judge

9/14/07