*Kaplan, J*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

GENCO IMPORTING INC. d/b/a MANITOBA'S
and RICHARD MANITOBA

        Plaintiff,

vs.

CITY OF NEW YORK, EMILY LLOYD, in her
capacity as Commissioner of the New York City
Department of Environmental Protection and as
Chairman of the New York City Environmental
Control Board, NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

        Defendants.

---

STIPULATION

Civil Action No. 07-3560 (LAK)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties in the above-captioned proceeding that the time within which the plaintiffs may respond to the defendants' motion to dismiss the Amended Complaint shall be extended to September 26, 2007. It is further agreed that the time within which the defendants may reply to the plaintiffs' response to the defendants' motion to dismiss the Amended Complaint shall be extended to October 12, 2007.

Dated: September 24, 2007

                                        _____
                                        Lewis A. Kaplan
                                        United States District Judge

CONSENTED TO:

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: _____<br>Jason W. Sunshine, Esq.<br>590 Madison Avenue<br>New York, New York 10022 | NEW YORK CITY LAW DEPARTMENT<br><br>By: _____<br>Ave Maria Brennan, Esq.<br>100 Church Street<br>New York, New York 10007 |