UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENCO IMPORTING INC. d/b/a MANITOBA'S and RICHARD MANITOBA,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF NEW YORK, EMILY LLOYD, in her capacity as Commissioner of the New York City Department of Environmental Protection and as Chairman of the New York City Environmental Control Board, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,<br><br>     Defendants. | Civil Action No. 07-3560 (LAK) |

**DECLARATION OF JASON W. SUNSHINE IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

Jason W. Sunshine, an attorney duly licensed to practice law before the courts of the State of New York and the United States District Court for the Southern District of New York, hereby declares under penalty of perjury:

  1.  I am associated with the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin") and represent plaintiffs Genco Importing Inc. d/b/a Manitoba's and Richard Manitoba in the above captioned matter.

  2.  Attached hereto as Exhibit A is a true and correct copy of the Inspection Report Noise Violation produced by Defendants for the alleged violation of New York City Administrative Code Section 24-241.1.

3. Attached hereto as Exhibit B is a true and correct copy of the Inspection Report Noise Violation produced by Defendants for the alleged violation of New York City Administrative Code Section 24-218.

Dated: September 26, 2006
      New York, New York

                                                                Jason W. Sunshine

# Exhibit A

AR-359 — INSPECTION REPORT NOISE INFORMATION

OWNER: GENCO IMPORTING, INC.
  MANTOBAS
ADDRESS: 99 AVE B
  N.Y N.Y 10009
TELEPHONE:

Type of Premises: Resid. ☐  Comm. ☒  Indus. ☐
Floor: ground    Room No.    Date: 10-23-06
Time of Inspection: From 2115 hrs  To 2200 hrs

EQUIPMENT
Qty.    Mfg. Name: cert# G684002 exp 3-31-08   Type    Mod. #    Ser. #
Complainant Interviewed .................... YES ☒ NO ☐
Lic. #    Reg. #    APC 27 Left ........................... YES ☐ NO ☒

WEATHER CONDITIONS
Clear ☒   Rain ☐   Snow ☐
Wind Vel. —
Wind Dir. —

FIELD
Rever ☒   Direct ☐
SLM CALIBRATION
Before 94 dba   After 94 dba

PLOT DIAGRAM

Noise meter
B&K UNIT #4
SRL # 16685
MOD # 2232
Due 3-26-07

TEST DATA — NOISE LEVEL

| | 1 | 2 | 3 |
|---|---|---|---|
| Tot. | 53 | 53 | 53 |
| Amb. | 35 | 35 | 35 |
| Source | 53 | 53 | 53 |
| Allowed | 45 | 45 | 45 |

CALCULATIONS (Circle reading used for calculations)

9:15pm - entered apt. calibrate meter speak with compl.

9:18pm - 52-53-52-52 - song ①
9:19pm - 52-53-53-52
9:20pm - 52-53-52-53
9:21pm - 37-36-45-45  Ambient ①
9:22pm - 53-53-53-53 - new song
9:23pm - 53-52-54-54
9:24pm - 52-52-53-53
9:25pm - 54-53-53-53 - new song
9:26pm - 52-52-34-35  Ambient ②
9:27pm - 52-51-51-53
9:28pm - 52-51-52-53 - new song
9:29pm - 54-53-53-53
9:30pm - 52-53-53-53  new song

9:33pm  35-35-35-35
9:34pm  38-35-38-?
9:35pm  re calibrate meter

STAGE
DOOR
20-30 men approx
Doors closed   L Dunn

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PREMISES I.D. NO. | | | | | | SOURCE CODE | T-P |
| NUMBER | S | PREMISES STREET ADDRESS | | | | ZIP CODE | BORO |
| 99 | | Ave B | | | | | Man |

AIR ◯

NOISE ◉   VIOLATION NO. 179468X

DATE OF INSPECT. 10/23/06

TIME OF INSPECTION FROM 2115 hrs M. TO 2200 hrs M.

COMPLAINT INFORMATION 1463334

TYPE (CODE) — NOISE VIOLATION ONLY

UNSCHEDULED INSPECTION ☐
FOLLOW UP INSPECTION ☑

VICINITY

PERSON INTERVIEWED: Compl @ Kevin (Mgr.)   TITLE:

INSPECTION DISCLOSED THAT Specifically it is charged that the respondent played music in connection with a commercial establishment where the sound therefrom can be heard upon compl apt that exceeds (45dba). Upon arrival took noise level readings inside (compl apt) (2nd floor) and meter indicated (53dba) total reading with a (35dba) ambient background. The source is 63dba N.Y.C. allows (45 dba)

Issued NOV # 179468X
ECB Hearing 12/19/06 1:00 pm

DATE 10-23-06   BADGE NO. 157   INSPECTOR'S SIGNATURE Philip Linten

aud by insp #109

Owner's Name: Genco Importing Inc dba Mantoba's
Address: 99 Ave B
City: N.Y.   State: N.Y.   Zip:
Phone Contact:
Name: cert # G684002   exp 3-31-08

For Industrial Only - Stack Hgt.   157   Inspector's Signature Philip Linten   Date 10-23-06

Type of Premises:
1 ___ Mult. Dwelling
2 ___ School
3 ___ Hospital
4 ✓ Commercial
5 ___ Power Plant
6 ___ Industrial
7 ___ Other

Source Size
1 ___ No. of Apts.
2 ___ No. of Pupils
3 ___ No. of Beds

UPDATE CODE

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E.R.R. | PREV. VIOL. | C. OF O. DATE |
|---|---|---|---|---|---|---|---|
| ⑤ | | | person band consists of female singer, 2 guitars bass, drummer | | | | |
| ② | | | Marshall amps | | | | |

2 0M 8A RO111 (87)

# Exhibit B

| INSPECTION REPORT AR-359 | PREMISES I.D. NO. | | | | | | | THIS SPACE FOR OFFICE USE ONLY | | | | | | | | | | | | | | SOURCE CODE | | | | TYPE | |

**PREMISES NUMBER:** 99
**S PREMISES STREET ADDRESS:** AVENUE B
**ZIP CODE:** 10009
**BORO:** NY

**AIR**
**NOISE** ☒
**VIOLATION NO.:** 181816X
**DATE OF INSPECT.:** 02/12/07
**TIME OF INSPECTION FROM:** 21:30 HR M. TO 22:30 HR

**COMPLAINT INFORMATION**
**TYPE (CODE):** NOISE VIOLATION ONLY
**DATE:** S#1534353    **TIME:**

**UNSCHEDULED INSPECTION** ☐
**FOLLOW UP INSPECTION** ☒
**VICINITY**

**PERSON INTERVIEWED:** COMPLAINTANT / KEVIN    **TITLE:** BARTENDER

**INSPECTION DISCLOSED THAT** SPECIFICALLY IT WAS CHARGED THAT THE OWNER OF THE ABOVE ESTABLISHMENT (MANITOBAS BAR) CAUSED AND PERMITTED UNREASONABLE NOISE TO BE MADE AND CONTINUED, IN VIOLATION OF SECT 24:218 NYC NOISE CODE. ON INSPECTION TOOK SLM READINGS IN COMPLAINTANTS HALLWAY WITH (MUSIC PLAYING) TOTAL OF (65) DBA - BACK ROOM AMBIENT WITH (NO MUSIC) (48) DBA NYC ALLOWABLE IS (45) DBA - ON INSPECTION INSIDE 3 PEICE ROCK BAND PLAYING LIVE (LEAD GUITAR) (BASS GUITAR) (DRUMMER) ADVISED OF NYC NOISE CODE + VIOLATION

**DATE:** 2-12-07    **BADGE NO.:** 109    **INSPECTOR'S SIGNATURE:**    **UPDATE CODE:**

**Owner's Name:** GENCO IMPORTING INC A/K/A MANITOBAS BAR
**Address:** 99 AVENUE B
**City:** NYC    **State:** NY    **Zip:** 10009    **UPDATE CODE:**
**Phone Contact:**

**Type of Premises:**
1. ___ Mult. Dwelling
2. ___ School
3. ___ Hospital
4. X Commercial
5. ___ Power Plant
6. ___ Industrial
7. ___ Other

**Source Size:**
1. ___ No. of Apts.
2. ___ No. of Pupils
3. ___ No. of Beds

**UPDATE CODE:**

**Name:**    **Phone:**
**For Industrial Only - Stack Hgt.:**    **Inspector's Signature:**    **Date:** 2-12-07

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E.R.R. | PREV. VIOL. | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | 3 PEICE LIVE ROCK BAND PLAYING TOTAL (65) DBA | | | | | |
| | | | AMBIENT BACK (ROOM) (48) DBA NYC ALLOWABLE (45) DBA | | | | | |
| | | | OWNER CAUSED AND PERMITTED UNREASONABLE NOISE | | | | | |
| | | | TO BE MADE AND CONTINUED. | | | | | |
| | | | VIO #181816X VIO of SECT 24:218 NYCNC | | | | | |
| | | | RET ECB 3-27-07 AT 1:00 PM | | | | | |
| | | | 99 AVENUE B - NYC NY 10009 | | | | | |

2 0M 8A RO111 (87)

AR-354 — SPL FIELD REPORT / NOISE MITIGATION

OWNER: Gekko Imports Inc. / Nice To Be Bad    Type of Premises: Resid. ☐  Comm. ☒  Indust. ☐
ADDRESS: 99 Ave B    Band    Date: 2-12-07
                                              9:30 PM – 10:30 PM
EQUIPMENT: Musical Amplifier's 5 piece Live Rock Band (Lead Guitar) (Bass Guitar) (Drummer)
Qty. ___ Mfg. Name ___ Type ___ Mod. # ___ Ser. # ___
Complainant Interviewed ....... YES ☒ NO ☐
Lic. # ___ Branch ___ PC 27 Left ....... YES ☐ NO ☒

**WEATHER CONDITIONS**    FIELD    PLOT DIAGRAM
Clear ☒  Rain ☐  Snow ☐    Paved ☐  Direct ☒    B+K #28
Wind Vel. ___                                    MDL# 2232
                          SLM CALIBRATION        Serial# 1465260
Wind Dir ___              Before 94 DBA  After 94 DBA    Cal by L.G. 11-15-06
TEST DATA                                        Cal Due Date 11-15-07
                                                 None

| Test | Reading |
|---|---|
| 7t | 65 DBA |
| Amb. | 48 DBA |
| Source | 65 DBA |
| Allowed | 45 DBA |

NOTE: BAND NAME (NEUF-NEUF-9)
LIQUOR CERT LIC# GT 684002 EXPIRES 3/31/2008