## CERTIFICATE OF SERVICE

     I hereby certify that on this 26th day of September 2007, a true and correct copy of Plaintiffs Genco Importing Inc. d/b/a Manitoba's' and Richard Manitoba's' Memorandum of Law In Opposition to Defendants' Motion to Dismiss the Complaint, the Affidavit Of Alan Fierstein In Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint, and the Declaration of Jason W. Sunshine In Support of Plaintiffs' Opposition To Defendants' Motion to Dismiss the Amended Complaint, was sent by ECF to counsel of record for Defendants.

                                                                             _____
                                                                               Jason W. Sunshine