UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GENCO IMPORTING INC., et ano.,

                    Plaintiffs,

           -against-                                                07 Civ. 3560 (LAK)

CITY OF NEW YORK, et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

           The Court will hear oral argument on defendants' motion to dismiss the amended complaint at 2:30 p.m. on November 8, 2007.

           The amended complaint is dismissed as to defendants New York City Department of Environmental Protection ("DEP") and New York City Environmental Control Board ("ECB"). DEP is a department of defendant City of New York and ECB is a board within DEP. N.Y.C. CHARTER §§ 1401, 1404, subd. a. Neither is an entity with the legal capacity, distinct from the City of New York, to sue or be sued. *See, e.g., Sultan v. New York City Dept. of Buildings,* No. 99 Civ. 8615 (LAK), 2000 WL 262923, at *2 (S.D.N.Y. 2000) (Police and Buildings Departments).

           SO ORDERED.

Dated:        October 30, 2007

                                                      _____
                                                      Lewis A. Kaplan
                                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07